# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-1280                        September Term, 2025

FCC-90FR56013
FCC-25-75
FCC-24-75

Filed On: January 12, 2026 [2153725]

United Church of Christ Media Justice
Ministry, Inc.,

        Petitioner

        v.

Federal Communications Commission and
United States of America,

        Respondents

------------------------------

Consolidated with 26-1001, 26-1002, 26-1003

# O R D E R

     It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 26-1001 and 26-1002 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | February 11, 2026 |
| Statement of Issues to be Raised | February 11, 2026 |

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                             BY:      /s/
                                                    Laura M. Morgan
                                                    Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form