# Before the
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Pennsylvania Prison Society, | ) | |
|     Petitioner, | ) | |
|     v. | ) | |
| Federal Communications Commission | ) | No. 26-1002 |
|     and the | ) | |
| United States of America, | ) | |
|     Respondents. | ) | |

**STATEMENT OF INTENT TO USE DEFERRED JOINT APPENDIX**

Pursuant to this Court's Order of January 14, 2026, Federal Rule of Appellate Procedure 30(c), and D.C. Circuit Rule 30(c), Petitioner Pennsylvania Prison Society states that its counsel has conferred with counsel for all parties and that the parties have agreed to use a deferred joint appendix in this case.

Respectfully submitted,

/s/ Andrew Jay Schwartzman

Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

February 7, 2026

## CERTIFICATE OF SERVICE

I certify that on this 7th day of February, 2026, I electronically filed the foregoing *Statement of Intent to Use Deferred Joint Appendix* with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Court's appellate CM/ECF system. I further certify that service was accomplished on all participants in the case via the Court's CM/ECF system.

    Respectfully submitted,

    /s/ Andrew Jay Schwartzman
    Andrew Jay Schwartzman

    525 Ninth Street, NW
    Seventh Floor
    Washington, DC 20004
    (202) 241-2408
    AndySchwartzman@gmail.com