# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1280**　　　　　　　　　　**September Term, 2025**

**FCC-24-75**
**FCC-25-75**
**FCC-90FR56013**

**Filed On:** April 16, 2026

United Church of Christ Media Justice
Ministry, Inc.,

　　　　　　Petitioner

　　v.

Federal Communications Commission and
United States of America,

　　　　　　Respondents

-----------------------------

Direct Action for Rights and Equality, Inc., et
al.,
　　　　　　Intervenors
-----------------------------

Consolidated with 26-1001, 26-1002,
26-1003, 26-1012

　　　　　　**BEFORE:**　　Walker, Childs, and Garcia, Circuit Judges

## O R D E R

　　　　Upon consideration of the motion to transfer, the response thereto, the reply, and
the letter regarding case status, it is

　　　　**ORDERED** that the motion to transfer be granted and this case be transferred to
the United States Court of Appeals for the First Circuit.  See 28 U.S.C. § 2112(a).
Section 2112(a) "is a mechanical device to determine which court will determine venue,
not which court will ultimately hear the case."  Liquor Salesmen's Union Local 2 v.
NLRB, 664 F.2d 1200, 1205 (D.C. Cir. 1981).  Transfer is appropriate "where the same
or inter-related proceeding was previously under review in a court of appeals, and [a
petition] is now brought for review … in a follow-on phase, where continuance of the
same appellate tribunal is necessary to maintain continuity in the total proceeding."

Pub. Serv. Comm'n v. FPC, 472 F.2d 1270, 1270 (D.C. Cir. 1972) (internal quotation marks and citation omitted) (discussing transfer under 28 U.S.C. § 2112(a)); see also Eastern Air Lines, Inc. v. Civil Aeronautics Bd., 354 F.2d 507, 511 (D.C. Cir. 1965) (holding that section 2112(a) "should be liberally applied to permit review by a single court of closely related matters where appropriate for sound judicial administration"). Transfer is warranted here because the First Circuit currently has pending before it petitions for review of a separate order arising out of the same underlying agency proceedings as the order under review here.  In re MCP 191, 158 F.4th 294 (1st Cir. 2025).

The Clerk is directed to transmit the original files and a copy of this order to the First Circuit.  Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**