# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Clifton B. Cislak
Clerk

April 16, 2026

General Information
(202) 216-7000

First Circuit Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210-3002

Re:  25-1280, et al. United Church of Christ Media Justice Ministry v. FCC, et al.

Dear Clerk of Court:

Pursuant to the order of this court filed April 16, 2026, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY:  /s/
Selena R. Gancasz
Deputy Clerk

Enclosures